# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2019

158593

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TRAVONE LATRELL WILSON,
      Defendant-Appellant.

_____/

SC: 158593
COA: 339133
Wayne CC: 16-005373-FC

On order of the Court, the application for leave to appeal the September 13, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2019



Clerk

a0722